IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CASEY R. FYKE                                                              PLAINTIFF

V.                                CASE NO.: 5:15-CV-5045

SHERIFF TIM HELDER                                    DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on May 11, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g), and therefore, the Clerk of the Court is directed to place a strike on the case.

IT IS SO ORDERED on this **3rd** day of June, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE